# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

LARITA BROWN v. Healthcare Service Corporation d/b/a Blue Cross and Blue Shield of Illinois

Case Number: FILED: MARCH 24, 2008
08CV1703    EDA
JUDGE LEINENWEBER
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| **NAME** (Type or print) | |
| James T. Derico, Jr. | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ James T. Derico, Jr. | |
| **FIRM** | |
| Derico & Associates, P.C. | |
| **STREET ADDRESS** | |
| 77 West Washington Suite 500 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL  60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| Il ARDC 6190777 | (312) 553-9253 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |