IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARITA BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTH CARE SERVICES CORPORATION )<br>d/b/a BLUE CROSS AND BLUE SHIELD OF )<br>ILLINOIS, )<br>)<br>Defendant. ) | Case No. 08 C 1703<br>Judge Leinenweber<br>Magistrate Judge Keys |

**AGREED STIPULATION TO EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD**

Plaintiff Larita Brown and Defendant Healthcare Service Corporation hereby stipulate and agree that Defendant Healthcare Service Corporation shall have until June 16, 2008 to answer or otherwise plead in response to Plaintiff's Complaint.

Dated: May ___, 2008

Respectfully submitted,

By:  /s/ James T. Derico, Jr.
Counsel for Plaintiff

By:  /s/ Mark K. Shapiro
Counsel for Defendant

James T. Derico, Jr. (ARDC 6190777)
Derico & Associates, P.C.
77 W. Washington, Ste. 500
Chicago, IL 60602
V: 312-553-9253
F: 312-553-1408

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, I electronically transmitted Plaintiff's Motion to Dismiss to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Mark L. Shapiro
>Christopher Carmichael
>Holland & Knight LLP
>131 S. Dearborn St., 30th Fl.
>Chicago, IL 60603


>/s/ James T. Derico, Jr.


James T. Derico, Jr. (ARDC 6190777)
Derico & Associates, P.C.
77 W. Washington, Ste. 500
Chicago, IL 60602
V: 312-553-9253
F: 312-553-1408