IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LARITA BROWN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | _____ |
| vs. | ) | 08 C 1703 |
| | ) | _____ |
| BLUE CROSS/BLUE SHIELD | ) | |
| | ) | The Honorable |
| | ) | Harry D. Leinenweber |
| Defendant | ) | |

**PLAINTIFF MOTION TO DISMISS PURSUANT TO SETTLEMENT**

**NOW COMES**, the Plaintiff Larita Brown, by and through her counsel, James T. Derico, Jr. and Derico & Associates, P.C. and moves this Honorable Court, to dismiss this cause with prejudice. In support of such motion, Plaintiff states as follows:

1. The Plaintiff-Appellant and Defendant-Appellee have settled all claims arising under this Cause

2. All settlement payments should be distributed by May 27, 2008.

**WHEREFORE**, based on the foregoing, Plaintiff Larita Brown

respectfully requests that this Honorable Court dismiss this Cause, with prejudice.

Respectfully submitted,

  /s/James T. Derico, Jr.
James T. Derico, Jr.
One of the Attorneys for Plaintiff Larita Brown

James T. Derico, Jr.
**Derico & Associates, P.C.**
77 West Washington, Suite 500
Chicago, IL 60602/(312) 553-9253
Atty No.: 17564

**CERTIFICATE OF SERVICE**

  I, James T. Derico, Jr., an attorney, certify that a copy of the foregoing Notice of Motion was electronically filed served with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Mr. Mark L. Shapiro
Holland & Knight, LLP
131 South Dearborn St., Suite 3000
Chicago, IL 60603

          /s/ James T. Derico, Jr.

James T. Derico, Jr.
**Derico & Associates, P.C.**
77 West Washington, Suite 500
Chicago, IL 60602/(312) 553-9253
Atty No.: 17564