IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LARITA BROWN** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No.: 08 C 1703 |
| **BLUE CROSS/BLUE SHIELD** | ) | |
| | ) | |
| | ) | **Judge Leinenweber** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on  June 11 ,  2008  at 9:30  a.m.  or as soon as counsel may be heard, I shall appear before Judge Leinenweber or any Judge presiding in Courtroom 1941 in the U.S. District Court Northern District of Illinois and present the attached **Motion To Dismiss with Prejudice.**  A copy of which is hereby served upon you.

   /s/ James T. Derico, Jr.
Attorney for Plaintiff, Larita Brown

James T. Derico, Jr.
**DERICO & ASSOCIATES, P.C**
77 W. Washington Street Suite 500
Chicago, IL 60602
(312) 553-9253