IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARITA BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 1703 |
| ) | Judge Leinenweber |
| HEALTH CARE SERVICES CORPORATION ) | Magistrate Judge Keys |
| d/b/a BLUE CROSS AND BLUE SHIELD OF ) | |
| ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION TO DISMISS

Plaintiff Larita Brown and Defendant Health Care Service Corporation hereby stipulate and agree that this action be and hereby is dismissed with prejudice, with each party bearing her or its own attorney's fees, litigation expenses and costs, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, and the Motion to Dismiss which is presently scheduled for June 11, 2008 is hereby stricken as moot.

Dated: May 27, 2008

Respectfully submitted,

By:  /s/ James T. Derico, Jr.
         Counsel for Plaintiff

By:  /s/ Mark L. Shapiro
         Counsel for Defendant

James T. Derico, Jr. (ARDC 6190777)
Derico & Associates, P.C.
77 W. Washington, Ste. 500
Chicago, IL 60602
V: 312-553-9253
F: 312-553-1408

## CERTIFICATE OF SERVICE

    I hereby certify that on May 27, 2008, I electronically transmitted the Stipulation to Dismiss to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

                    Mark L. Shapiro
                    Christopher Carmichael
                    Holland & Knight LLP
                    131 S. Dearborn St., 30th Fl.
                    Chicago, IL 60603


                    /s/ James T. Derico, Jr.


James T. Derico, Jr. (ARDC 6190777)
Derico & Associates, P.C.
77 W. Washington, Ste. 500
Chicago, IL 60602
V: 312-553-9253
F: 312-553-1408

# 5363773_v2

2