# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1703 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Larita Brown vs. Health Care Services Corporation d/b/a Blue Cross and Blue Shield of Illinois | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation, this case is dismissed with prejudice, with each party bearing her or its own attorney's fees, litigation expenses and costs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|